## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                          **CRIMINAL NO. 3:19-CR-153-HTW-MTP**

**MATEO PABLO-HERNANDEZ**

### JOINT STATUS REPORT

1. **What is the Defendant's Primary language?**

   - For the Government: The Government believes the Defendant speaks and understandings Spanish based on the language used during the preliminary hearings, but defers to the Defense.

   - For the Defendant:  The Defendant speaks and understands Spanish.

2. **Where is the Defendant currently housed?**

   - For the Government: The Government concurs with the Defense (confirmed the Defendant's location with the U.S. Marshal Service on September 25, 2019).

   - For the Defendant:  The Defendant is currently detained at the Tallahatchie County Correctional Facility in Tutwiler, Mississippi.

3. **Are the parties prepared to go to trial?  If not, why not?**

   - For the Government: The Defendant has filed his notice of intent to plead guilty.

   - For the Defendant:  The Defendant does not wish to proceed to trial.  The Defendant filed his notice of intent to plead guilty on September 19, 2019 (docket entry 22).

4. **Is the Defendant intending on entering a plea of guilty or a guilty plea combined with an expedited sentencing hearing? If so, the parties must contact the Court jointly to schedule a change of plea hearing immediately.**

    - For the Government: The Government is prepared for a change of plea and expedited sentencing hearing at the convenience of the Court, the Probation Office, and the Defense.

    - For the Defendant: The Defendant intends on entering a guilty plea combined with an expedited sentencing hearing.

5. **What motions are outstanding? List motions and a brief synopsis.**

    - For the Government: There are currently no outstanding motions.

    - For the Defendant: There are currently no outstanding motions.

6. **How long with the trial last? How many witnesses is each side intending on calling?**

    - For the Government: The Defendant has filed his notice of intent to plead guilty.

    - For the Defendant: This question does not apply to this defendant.

7. **By the parties' estimation, how many days remain on the defendant's Speedy Trial Act clock?**

    - For the Government: 45 days (25 days spent between (1) the initial appearance triggering speed trial clock on August 26, 2019 (in accordance with 18 U.S.C. § 3161(c)(1), and (2) the speed trial clock becoming tolled with entry of notice of intent to plead guilty on September 19, 2019 (in accordance with 18 U.S.C. § 3161(h)(1)(G))).

    - For the Defendant: Defense agrees with the Government's estimate.

**RESPECTFULLY SUBMITTED**, this the 26th day of September, 2019.

By: /*s/Michael L. Scott*
Michael L. Scott, MB# 101320
Assistant Federal Public Defender
Northern and Southern Districts of Mississippi
200 South Lamar Street, Suite 200-N
Jackson, Mississippi 39201
Telephone: 601-948-4284
Facsimile: 601-948-5510
Email: Mike_Scott@fd.org

AGREED:

*/s/Andrew W. Eichner*
ANDREW W. EICHNER
Assistant United States Attorney
501 East Court Street, Suite 4.430
Jackson, Mississippi  39201
Telephone No.: 601.973.2855
MA Bar No. 690026
E-mail:  andrew.eichner@usdoj.gov

## CERTIFICATE OF SERVICE

I, Michael L. Scott, do hereby certify that on the 26th day of September, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties of record.

 /*s/Michael L. Scott*
Michael L. Scott
*Assistant Federal Public Defender*